AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |

FILED

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────┐
8 U.S.C. Sections 1326(a) and (b) - Deported
Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release
and $100 special assessment
└──────────────────────────────────────┘

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

┌─ DEFENDANT - U.S. ─────────────────────┐
► EDUARDO ENRIQUES CARVAJAL BARRAGAN

DISTRICT COURT NUMBER

CR08-0033 DLJ
└──────────────────────────────────────┘

┌─ PROCEEDING ──────────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ►

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

4:08-70013 WDB
└──────────────────────────────────────┘

Name and Office of Person
Furnishing Information on
THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    WADE RHYNE, AUSA

┌─ DEFENDANT ───────────────────────────┐
IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges ►

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Santa Rita Jail

Has detainer
been filed?
☐ Yes
☐ No
} If "Yes"
give date
filed

DATE OF
ARREST ►
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ►
Month/Day/Year
1/11/2008
└──────────────────────────────────────┘

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ──────────────────┐
PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:
└───────────────────────────────────────────────────────┘

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

E-filing

---

### UNITED STATES OF AMERICA,

### V.

EDUARDO ENRIQUES CARVAJAL BARRAGAN (a/k/a Eduardo Enriques
Carajal, a/k/a Eduardo Enrique Carvajal, a/k/a Eduardo Gomez, a/k/a Carlos
Barragan, a/k/a Gerald Rico Canning, a/k/a Pablo Angeles Ramos, a/k/a Eduardo
Enriques Barragan, a/k/a Eduardo Enrique Carajal, a/k/a Eduardo Enrique
Carvajal-Barragan),

## CR08-0033      DLJ

### DEFENDANT.

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in
the United States

---

A true bill.

_____ Foreman

Filed in open court this __24th__ day of
__January 2008__

_____ Clerk

Bail, $ _____

No bail warrant

FILED

2008 JAN 24 PM 1:43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2

3                                                    FILED

4                                            2008 JAN 24  PM 1:43

5                                            RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
6

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12  UNITED STATES OF AMERICA,           )    Criminal No.: CR08-0033 DLJ
                                        )
13        Plaintiff,                    )
                                        )
14                                      )    VIOLATION: 8 U.S.C. §§ 1326(a) and (b) –
          v.                            )    Deported Alien Found in the United States
15                                      )
                                        )
16  EDUARDO ENRIQUES CARVAJAL           )
    BARRAGAN (a/k/a Eduardo Enriques    )    OAKLAND VENUE
17  Carajal, a/k/a Eduardo Enrique Carvajal, )
    a/k/a Eduardo Gomez, a/k/a Carlos   )
18  Barragan, a/k/a Gerald Rico Canning, )
    a/k/a Pablo Angeles Ramos, a/k/a    )
19  Eduardo Enriques Barragan, a/k/a    )
    Eduardo Enrique Carajal, a/k/a Eduardo )
20  Enrique Carvajal-Barragan),         )
                                        )
21        Defendant.                    )
                                        )
22  _____ )

23                              I N D I C T M E N T

    The Grand Jury charges:
24

25        1.      Prior to March 25, 2003, the defendant, EDUARDO ENRIQUES CARVAJAL

26  BARRAGAN (a/k/a Eduardo Enriques Carajal, a/k/a Eduardo Enrique Carvajal, a/k/a Eduardo

27  Gomez, a/k/a Carlos Barragan, a/k/a Gerald Rico Canning, a/k/a Pablo Angeles Ramos, a/k/a

28  Eduardo Enriques Barragan, a/k/a Eduardo Enrique Carajal, a/k/a Eduardo Enrique Carvajal-

    INDICTMENT

1  Barragan), was convicted of at least one felony crime punishable by a term of imprisonment

2  exceeding one year.

3          2.          On or about March 25, 2003, the defendant, EDUARDO ENRIQUES

4  CARVAJAL BARRAGAN (a/k/a Eduardo Enriques Carajal, a/k/a Eduardo Enrique Carvajal,

5  a/k/a Eduardo Gomez, a/k/a Carlos Barragan, a/k/a Gerald Rico Canning, a/k/a Pablo Angeles

6  Ramos, a/k/a Eduardo Enriques Barragan, a/k/a Eduardo Enrique Carajal, a/k/a Eduardo Enrique

7  Carvajal-Barragan), was removed, excluded, and deported from the United States.

8          3.          After March 25, 2003, the defendant, EDUARDO ENRIQUES CARVAJAL

9  BARRAGAN (a/k/a Eduardo Enriques Carajal, a/k/a Eduardo Enrique Carvajal, a/k/a Eduardo

10 Gomez, a/k/a Carlos Barragan, a/k/a Gerald Rico Canning, a/k/a Pablo Angeles Ramos, a/k/a

11 Eduardo Enriques Barragan, a/k/a Eduardo Enrique Carajal, a/k/a Eduardo Enrique Carvajal-

12 Barragan), knowingly and voluntarily reentered and remained in the United States.

13         4.    On or about December 18, 2007, in the Northern District of California, the defendant,

14                      EDUARDO ENRIQUES CARVAJAL BARRAGAN
   (a/k/a Eduardo Enriques Carajal, a/k/a Eduardo Enrique Carvajal, a/k/a Eduardo Gomez, a/k/a
15       Carlos Barragan, a/k/a Gerald Rico Canning, a/k/a Pablo Angeles Ramos, a/k/a Eduardo
   Enriques Barragan, a/k/a Eduardo Enrique Carajal, a/k/a Eduardo Enrique Carvajal-Barragan),
16

17 an alien, was found in the United States without having obtained the express consent of the

18 Attorney General or the Secretary of the Department of Homeland Security to reapply for

19 admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)

20 and (b).

21 //

22 DATED: January 24, 2007                        A TRUE BILL.

23

24                                               FOREPERSON

25

26 JOSEPH P. RUSSONIELLO
   United States Attorney

27

28 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

   INDICTMENT                                    2

1

2  (Approved as to form: ~~WMRy~~ )
   AUSA WADE M. RHYNE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                3

AO 257 (Rev. 6/78)

AMENDED

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

8 U.S.C. Sections 1326(a) and (b) - Deported
Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release
and $100 special assessment

FILED
FEB -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

4:08-70013 WDB

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    WADE RHYNE, AUSA

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ EDUARDO ENRIQUES CARVAJAL BARRAGAN

DISTRICT COURT NUMBER

CR-08·0033 DLJ

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges      } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Santa Rita Jail

Has detainer
been filed?  ☐ Yes  ☐ No      } If "Yes"
give date
filed _____

DATE OF
ARREST ▶      Month/Day/Year
_____

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY      1/11/2008

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: