| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 8 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 2/4/08 10:16:17-10:24:05 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>2/4/08 | | NEW CASE ☐ | CASE NUMBER<br>CR-08-00033-DLJ |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>EDUARDO ENRIQUES CARVAJAL BARRAGAN | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Wade Rhyne | INTERPRETER<br>Haydee Claus (Spanish Int.) | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

**FILED FEB 4 - 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☒ | PRELIM HRG<br>NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT<br>8 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME:<br>EDUARDO ENRIQUES CARVAJAL |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>2/8/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / ~~TRIAL SET~~ |
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 2/8/08 FOR PLEA NEGOTIATION & TO DO SOME INVESTIGATION | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

The Court asked the govt's atty. to file an Amended Penalty Sheet. Discovery was received by the deft's atty. from the govt's atty. The deft's atty. told Court that the parties are very close in resolving this case and asked that this matter be set on 2/8/08 bef. Judge Jensen for Possible Change of Plea - request GRANTED. The govt's atty. provided the Court with a copy of the detainer that has been lodged on the deft. by ICE (Immigration and Customs Enforcement).
cc: WDB's Stats, Frances

DOCUMENT NUMBER:

**RECEIVED FEB 4 - 2008**

Department of Homeland Security
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

File No. A 75 270 347
Date: January 11, 2008

TO: (Name and title of institution)
CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS
US MARSHAL SERVICE, STATE PRISONS, CITY/COUNTY JAIL,
CALIFORNIA DEPARTMENT OF CORRECTIONS OR ANY OTHER
SUBSEQUENT LAW ENFORCEMENT AGENCY

From: (INS office address)
U.S. Department of Homeland Security
Immigration and Customs Enforcement
630 Sansome Street, 5th Floor
San Francisco, CA 94111

Name of alien: ENRIQUES-Carvajal, Eduardo; AKA: Carlos BARRAGAN; Eduardo Enrique CARVAJAL-BARRAGAN
FBI # 382592DB5

Date of birth: 8/29/1959    Nationality: Mexico    Sex: Male

You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
   (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
   (Date)

☐ Deportation or removal from the United States has been ordered.

## It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 415 844-5512 during business hours or 415 844-5549 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☒ A self-addressed stamped envelope is enclosed for your convenience.  ☒ Please return a signed copy via facsimile to 415 844-5562
(Area code and facsimile number)

Return fax to the attention of ___Polly Kaiser___ at 415 844-5536
(Name of INS officer handling case)       (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

_____Polly Kaiser #3149_____        _____Deportation Officer_____
(Signature of INS official)          (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____ #69 USMS _____