1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant EDUARDO ENRIQUES CARVAJAL
6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. CR-08 0033 DLJ
                                          )
12 |           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                          )   ORDER CONTINUING HEARING DATE
13 | vs.                                  )
                                          )
14 | EDUARDO ENRIQUES CARVAJAL,           )
                                          )
15 |           Defendant.                 )
   |_____)
16

17       This matter presently is set for a status conference or change of plea on February 8, 2008.

18 The parties are finalizing the terms of a plea agreement and anticipate that Mr. Enrique-Carvajal

19 will be prepared to change his plea and be sentenced at the time of his first appearance.

20       It is therefore STIPULATED and AGREED that the status conference presently

21 scheduled for February 8, 2008 be continued to February 15, 2008. It is appropriate to exclude

22 time under the Speedy Trial Act because of the need for continuing review of the file in support

23 of the proposed disposition, and because failure to grant the continuance would deny the

24 defendant effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

25

26

STIP/ORD                              1

| | | |
|---|---|---|
|1| Dated: February 7, 2008 | /S/ <br> _____ <br> WADE RHYNE <br> Assistant United States Attorney |
|5| Date: February 7, 2008 | /S/ <br> _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter is continued to February 15, 2008, and that time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing stipulation.

Dated: February ____, 2008                    _____
                                              D. LOWELL JENSEN
                                              United States District Judge

STIP/ORD                                      2