BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDUARDO ENRIQUES CARVAJAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08 0033 DLJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING HEARING DATE |
| vs. | ) ) | |
| EDUARDO ENRIQUES CARVAJAL, | ) ) | |
| Defendant. | ) ) | |

     This matter presently is set for a status conference or change of plea on February 8, 2008. The parties are finalizing the terms of a plea agreement and anticipate that Mr. Enrique-Carvajal will be prepared to change his plea and be sentenced at the time of his first appearance.

     It is therefore STIPULATED and AGREED that the status conference presently scheduled for February 8, 2008 be continued to February 15, 2008. It is appropriate to exclude time under the Speedy Trial Act because of the need for continuing review of the file in support of the proposed disposition, and because failure to grant the continuance would deny the defendant effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIP/ORD                              1

Dated: February 7, 2008

/S/
_____
WADE RHYNE
Assistant United States Attorney

Date: February 7, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter is continued to February 15, 2008 at 9:00 a.m., and that time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing stipulation.

Dated: February 8, 2008

_____
D. LOWELL JENSEN
United States District Judge