BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant EDUARDO ENRIQUE CARVAJAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08 0033 DLJ |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RELEASING |
| | ) | DEFENDANT TO IMMIGRATION |
| vs. | ) | CUSTODY |
| | ) | |
| EDUARDO ENRIQUE CARVAJAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Eduardo Enrique Carvajal appeared before this Court on February 15, 2008,

entered a guilty plea to the single count of the indictment charging a violation of 8 U.S.C. §

1326, and was sentenced to time served.  The Court is informed that an immigration detainer has

been lodged against Mr. Enrique Carvajal based on his status as an illegal alien.  Good cause

appearing therefor, IT IS ORDERED that Mr. Enrique Carvajal be released forthwith to the

immigration detainer and to the custody of the appropriate officials of Immigration and Customs

Enforcement.

Dated: February 15, 2008

_____
D. LOWELL JENSEN
United States District Judge

REL ORD                                    1