UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/15/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:** United States

**v.**                                                                 **No.** CR-08-00033-DLJ

**Defendant:** Eduardo Enriques Carvajal Barragan [present; in custody; spanish interpreter]
       aka Eduardo Enriques Carvajal

**Appearances for AUSA:** Keslie Stewart (for Wade Rhyne)

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** Monique Dascha Inciarte -spanish interpreter

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
CHANGE OF PLEA                  -HELD
**Guilty Plea to Count One of the Indictment. Plea is with consent of counsel. Plea is accepted and entered.**

SENTENCING-                     -HELD
**Count 1: Def is committed to custody of the Bureau of Prisons for Time Already Served. Def placed on Supervised Release 3 years. A $100 Assessment is due immediately.  Def waives right to appeal.**

**Notes:**  AFPD Jerome Matthews to submit proposed order that releases defendant to the ICE Detainer.
**Notes**: Per Plea Agreement Document the Def's true name is Eduardo Enriques Carvajal Barragan.

**Case Continued to     for**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                     for Pretrial Conference

**Case Continued to**          for             Trial


**Excludable Delay: Category: Begins:**          **Ends:**