1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant EDUARDO ENRIQUE CARVAJAL
6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   No. CR-08 0033 DLJ
                                        )
12 |              Plaintiff,            )   ORDER RELEASING DEFENDANT TO
                                        )   IMMIGRATION CUSTODY
13 | vs.                                )
                                        )
14 | EDUARDO ENRIQUES CARVAJAL          )
     BARRAGAN,                          )
15 | aka Eduardo Enriques Carvajal      )
                      Defendant.        )
16 | _____

17      Defendant Eduardo Enriques Carvajal Barragan appeared before this Court on February

18 15, 2008, entered a guilty plea to the single count of the indictment charging a violation of 8

19 U.S.C. § 1326, and was sentenced to time served. The Court is informed that an immigration

20 detainer has been lodged against Mr. Enriques Carvajal Barragan based on his status as an illegal

21 alien. Good cause appearing therefor, IT IS ORDERED that Mr. Enriques Carvajal Barragan be

22 released forthwith to the immigration detainer and to the custody of the appropriate officials of

23 Immigration and Customs Enforcement.

24 Dated: February 15, 2008
                                          _____
25
                                          D. LOWELL JENSEN
26                                        United States District Judge

REL ORD                              1